In the United States District Court
For the Western District of Kentucky

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAY 14 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Eric Robert Rudolph;
Hart Jones,
Plaintiff

Case No. 4:14-CV-50-M

V.

International Olympic Committee;
Vladimir Putin;
Usain Bolt,
Defendants

## Motion For preliminary Injunction, Temporary Restraining order, TRO   28 USC 1331

The plaintiffs Face Imminent danger and Bodily Harm the International Olympic Committee plans to Violate plaintiff Eric Robert Rudolphs civil rights by Defaming his character as a terrorist in the 2018 S. Korean Olympics and using Photos Bearing the Photo of Rudolph to Justify tighter security, metal detectors, warrantless bag searches, eaves dropping peoples telephones at all Future Olympic Events using Eric Rudolph as a symbol of Terrorism and the bogeyman to scare people indoctrinating the minds to allow in the interest of public Safety to have citizens privacy to be violated. Vladimir Putin is using Eric Rudolphs Photograph as Justification to Invade Ukraine. Usain Bolt takes Steroids before he competes in the Olympics, plaintiff Hart Jones is cousins with Marion

Jones which Usain Bolt sexually harasses and Hart Jones has Audio tapes of Usain Bolt Admitting he does Hgh and Usain Bolt said he is going to kill Hart Jones For whistleblowing Usain Bolts Steroid use. Plaintiffs are scared. The International Olympic Committee are terrorists who donate their proceeds From Ticket Sales to Al-qaeda. Plaintiff Eric Rudolph is a Born Again christian and the International Olympic Committee tells the world on the Internet that Eric Rudolph is a radical white supremist who reads the white mans bible and prays in prison with Matthew Hale. This is offense. Plaintiff seeks a restraining order Against Usain Bolt Entering the Olympics cause he is on Steroids

respectfully submitted

April 30, 14

Eric Robert Rudolph
5880 Highway 67
Florence, CO 81226

5/9/14

HART JONES
KY 6369
301 Institution DR.
Bellefonte, PA 16823

CURT JONES
YB364
801 Institution Dr.
Bellefonte, PA 16823

United States District Court
Western District of Kentucky
U.S. Courthouse
423 Frederica St.
Owensboro, Kentucky 42301

